Case 2:06-cr-00136-LRS   Document 157   Filed 12/12/11

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 2 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

United States of America
v.
EZRALEE J. KELLEY

)
)
)
)
)
)
)
)
)

Case No:   CR-06-00136-LRS-2
USM No:   11563-023

Date of Original Judgment:   01/25/2008
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Ezralee J. Kelley, Pro Se Defendant
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/25/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   12/12/2011

Effective Date:   11/22/2011
*(if different from order date)*

*Judge's signature*

Lonny R. Suko, U. S. District Court Judge
*Printed name and title*